JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

```
MICHAEL McMAHON,              )  No. CV 14-4248-BRO(CW)
                              )
           Plaintiff,         )  JUDGMENT
                              )
     v.                       )
                              )
COUNTY OF SANTA BARBARA, et al.,)
                              )
           Defendants.        )
_____)
```

**IT IS ADJUDGED** that this action is dismissed, without prejudice, for failure to prosecute.

DATED: <u>February 23, 2015</u>

/s/ Beverly Reid O'Connell
_____
BEVERLY REID O'CONNELL
United States District Judge